IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DORA JACKSON, on behalf of herself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-269 JJF |
| v. | ) ) | CLASS ACTION |
| WAL-MART STORES, INC., a Delaware corporation and SAM'S WEST, INC., a Delaware corporation, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### MOTION & ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D.Del. L.R. 83.5 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of Robert L. Bonsignore, to represent Plaintiff, Dora Jackson, on behalf of herself and all others similarly situated.

WEIK, NITSCHE, DOUGHERTY & COMPONOVO

BY: /s/ GARY S. NITSCHE
GARY S. NITSCHE, P.A./I.D. No. 2617
1300 N. Grant Avenue, Suite 101
P. O. Box 2324
Wilmington, DE 19899
(302) 655-4040
Attorney for Plaintiff

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. L.R. 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and U.S. District Court Eastern District and that pursuant to D. Del. L.R. 86.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify I am generally familiar with this Court's Local Rules.

Robert J. Bonsignore
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155

Motion granted.

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORA JACKSON, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., a Delaware )<br>corporation and SAM'S WEST, INC., )<br>a Delaware corporation, )<br>)<br>Defendants. ) | C.A. No. 05-269 JJF<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, hereby, certify that on June 9, 2005, I electronically filed Motion & Order for Admissions Pro Hac Vice with the clerk of the Courts using CM/ECF which will send notification of such filing(s) to the following: Barry M. Klayman, Esquire.

WEIK, NITSCHE, DOUGHERTY & COMPONOVO

BY: /s/ GARY S. NITSCHE
GARY S. NITSCHE, P.A./I.D. No. 2617
1300 N. Grant Avenue, Suite 101
P. O. Box 2324
Wilmington, DE 19899
(302) 655-4040
Attorney for Plaintiff