# WEIK, NITSCHE, DOUGHERTY & COMPONOVO

*ATTORNEYS AT LAW*
1300 N. GRANT AVENUE, SUITE 101
P.O. BOX 2324
WILMINGTON, DELAWARE 19899
www.weiknitsche.com

Joseph W. Weik
Gary S. Nitsche, P.A.**
Shawn Dougherty*
W. Christopher Componovo
*Also admitted in PA
**Also admitted in PA and NJ

E-mail Address: gnitsche@attys4u.com

Phone (302) 655-4040
Fax (302) 654-4892

Georgetown Office
(302) 856-9868
(By Appointment Only)

RECEIVED JUN 10 2005

June 9, 2005

Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen
1100 North Market Street, Suite 101
Wilmington, DE 19801

Re: Dora Jackson v. Wal-Mart Stores, Inc. and Sam's West, Inc.
U.S. District-C.A. No. 05-269-JJF

Dear Barry:

This letter will confirm our telephone conversation of Tuesday, June 7, 2005 at which time I advised you that inadvertently Plaintiff's Response to Defendant's Motion to Dismiss was not filed. You agreed to speak with your client about whether or not we could agree to a supplemental stipulation for briefing. Please let me know as soon as possible your position regarding this matter. I anticipate filing an answer with in the next week. Also, I will be filing a *pro hac vice* for Robert Bonsignore, Esquire.

Thank you for your courtesy and cooperation.

Very truly yours,

Gary S. Nitsche, P.A.

cc: The Honorable Joseph J. Farman
    Robert Bonsignore, Esquire (via fax 781-391-9496)

GSN/evu
#24-0405-12