IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DORA JACKSON, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-269 JJF |
| v. | ) ) | CLASS ACTION |
| WAL-MART STORES, INC., a Delaware corporation and SAM'S WEST, INC., a ~~Delaware~~ Arkansas corporation, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## STIPULATED BRIEFING SCHEDULE

COME NOW, the parties in the above matter, to stipulate and agreed to the briefing schedule regarding the Defendant's Motion to Dismiss as follows:

Plaintiff's Response due:          July 1, 2005.

Defendant's Reply Brief due:     July 15, 2005

WOLF, BLOCK, SCHORR &
SOLIS-COHEN LLP

By: _Barry Klayman_
BARRY M. KLAYMAN
1100 North Market Street
Suite 1001
Wilmington, DE 19899
Attorney for Defendants

WEIK, NITSCHE, DOUGHERTY
COMPONOVO

By: _[signature]_
GARY S. NITSCHE
1300 North Grant Avenue
Suite 101
Wilmington, DE 19806
Attorney for Plaintiff

SO ORDERED this ___ day of _____, 2005.

_____
J.