IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORA JACKSON, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | C.A. No. 05-269 JJF |
| v. ) ) | CLASS ACTION |
| WAL-MART STORES, INC., a Delaware corporation and SAM'S WEST, INC., a Delaware corporation, ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Gary S. Nitsche, Esquire hereby, certify that on September 21 2005, I had hand delivered the Plaintiff's First and second Request for Production to Defendants, Plaintiff's first Set of Interrogatories and Plaintiff's Requests for Admission to

Barry M. Klayman, Esquire
Wolf, Block, Schorr & Solis-Cohen
110 North King Street, Suite 1001
Wilmington, DE 19801

WEIK, NITSCHE, DOUGHERTY & COMPONOVO

BY: /s/ GARY S. NITSCHE
GARY S. NITSCHE, P.A./I.D. No. 2617
1300 N. Grant Avenue, Suite 101
P. O. Box 2324
Wilmington, DE 19899
(302) 655-4040
Attorney for Plaintiff