IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORA JACKSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>WAL-MART STORES, INC., a Delaware corporation, and SAM'S WEST, INC., an Arkansas corporation,<br><br>　　　　　　　Defendants. | C. A. No. 05-269 - JJF<br><br>Class Action<br><br>Jury Trial Demanded |

### DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSE

**PLEASE TAKE NOTICE** that on October 20, 2005, defendants Wal-Mart Stores, Inc., and Sam's West, Inc., served copies of Defendants' Objection to Plaintiff's First Set of Interrogatories, First and Second Requests for Production and Requests for Admission, on the following counsel of record in the manner indicated below:

**By First Class Mail, U.S. Postage Prepaid**
Gary S. Nitsche, P.A.
Weik, Nitsche, Dougherty & Componovo
1300 N. Grant Avenue, Suite 101
P.O. Box 2324
Wilmington, DE 19899

WOLF BLOCK SCHORR & SOLIS-COHEN LLP

*/s/ Barry Klayman*
Barry M. Klayman (I.D. No. 3676)
Wilmington Trust Center
Suite 1001, 1100 North Market Street
Wilmington, DE 19801
(302) 777-0313
Attorney for Defendants

Dated: October 20, 2005

WIL:54752.1/wal192-227308

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing document to be served upon the following counsel of record to the address and in the manner indicated:

### BY ECF NOTIFICATION & FIRST CLASS MAIL, U.S. POSTAGE PREPAID

Gary S. Nitsche, P.A.
Weik, Nitsche, Dougherty & Componovo
1300 N. Grant Avenue, Suite 101
P.O. Box 2324
Wilmington, DE 19899
Attorneys for Plaintiff

/s/ Barry M. Klayman
Barry M. Klayman (#3676)

Dated: October 20, 2005