# EXHIBIT A

# KTVU.com

## Guide To Las Vegas' McCarran Airport

### *Slots, Shopping, Food Found In Many Locations*

*Rick Garman, Vegas4Visitors.com*

UPDATED: 11:26 a.m. EDT May 24, 2004

I hate flying. I hate airports. There, I said it.

The good news is that of all the airports I've flown in and out of, McCarran International in Las Vegas is one of the least traumatic. There's a lot of money flowing in and out of the state coffers in Nevada based on the tourism industry, so a lot of money has been thrown at the state's main airport to ensure relatively easy access for all the people with big, fat wallets.

But just because it's *less* traumatic doesn't mean it's easy, so here's a brief primer on what to expect at McCarran and the best ways to get in and out.

There are two terminals: Terminal 1 services mostly domestic carriers, while Terminal 2 services international flights. I'm going to focus on domestic in this discussion, since that covers most of the people who read this column. All you folks overseas will have to invite me to come stay with you for a few days so I can fly in and out of the international terminal a few times before writing about it.

Before I get into specifics, let's start with the generalities. Security is as tight here as it is in any other airport in the United States, so don't mess around. Have your identification and boarding passes with you, and give yourself plenty of time when flying out to get through checkpoints and screening.

Smoking is allowed in designated, glassed-in areas, so if you're having a nicotine fit, you don't have to go outside to fulfill it.

Yes, there is gambling in the airport. From the baggage claim all the way to the gates and pretty much everywhere in between, you'll find banks and rows of slot machines and video poker -- mostly quarter and $1 machines, but there are a few of other denominations as well. There are no table games, however, so if you have to bet 17 on roulette, you'll have to wait until you get to the hotel.

In Terminal 1 there are four sets of gates, marked A, B, C and D. The A gates service Alaska, America West, Champion, Continental and JetBlue airlines, while the B gates handle America West and British Airways. The A and B gates are in concourses that stretch off the main airport terminal in long wings, connected by wide walkways with periodic moving sidewalks. It's a hike-and-a-half to and from these gates to the baggage claim and ticketing areas, so be sure to have your walking shoes on.

Along the way you'll be able to stop at any one of nearly two dozen food outlets, in case the airline meal didn't cut it for you. They are mostly fast-food fare but include brand names like Burger King, Taco Bell, Pizza Hut and Mrs. Fields cookies for that sugar rush I know I need when dealing with an airport.

There are also several shopping boutiques, including Brookstone travel accessories, Ethel M. Chocolates, Marshall Rousso clothing, Kids Korner, a tax- and duty-free shop, and the omnipresent newsstand for gum, magazines, and the latest John Grisham paperback.

The C gates serve Aloha and Southwest airlines and are connected to the main terminal by either a long hallway with moving sidewalks or a tram, depending on which gates you are using. Here's a hint: If you are flying in or out from gates C 23-27, skip the tram and use the moving sidewalks. It's faster and you won't have to walk as far. All the other gates should use the tram.

The C concourse also has dining and retail outlets similar to the ones listed above.

The D gates are the newest and serve the following airlines: AirTran, Allegiant, American, Delta, Frontier, Midwest, Northwest, Song, Spirit, Sun Country, United, United Express, and USAirways. They are connected to the main terminal by a zippy, modern tram that ferries you under the runways.

More food and retail outlets fill up the extra space in the D concourse, but you have a few more interesting choices, including Gordon Biersch Brewing Co. and the truly fine Jody Maroni's Sausage Kingdom (a branch of which is also located at New York-New York).

All of the concourses connect to Terminal 1's second level, known as the Esplanade, where you'll find more food and shopping. There's a racing-theme restaurant, a Starbucks and lots of authorized shops where you can buy T-shirts, mugs, and other overpriced logo merchandise from your favorite casinos.

For you incredibly crazy people who can't possibly go a full day without exercise, there's a fully equipped 24-hour fitness center with weight machines, showers, locker rooms, dry sauna and a steam room. Be warned: If I see you headed in there I may slap you and then remind you that you're on vacation and should be sitting by a pool somewhere sipping a cocktail with an umbrella in it.

In case you have way too much time to kill before your flight, there are art exhibits and galleries, an aviation museum, unsupervised kids' play areas, massages, shoeshines, postal services, banking, Internet access, and a bunch of other stuff you should never need unless you really didn't manage your time very well.

On the first level of the main terminal are the baggage claim and ticketing areas. If you're flying in, take the sidewalks or trams into the Esplanade and then go down to the giant baggage claim area. Be sure to have your claim tickets with you; although airport personnel don't always check them, they do often enough to make it easier if you have it handy.

Just off the baggage claim area are remote check-in counters for several of the major hotels, including MGM Grand, New York-New York, Caesars Palace, Bally's, Paris, the Flamingo, and the Las Vegas Hilton. You can get your room keys, arrange transportation to the hotel and even book show tickets, but in most cases you'll need to get your own bags to the room because of security concerns.

Once you get through baggage claim, you'll find the rental car counters. Not all are represented here; for some, you'll need to get to by catching a bus outside. Even if you do get taken care of in the main terminal, you'll still need to ride a bus to the actual lots, which are just off the main airport drive.

In 2006, airport officials expect to open a consolidated rental car facility, but we'll worry about that when it happens.

If you aren't renting a car, go past the counters and outside, where you'll find a taxi stand (be prepared for a long wait at peak times) and the shuttle buses that run to the Strip or downtown for around $5 to $7 per person.

If you're flying out of McCarran, you should give yourself at least an hour on a regular day and probably two or even more on busy travel days (Sundays, end of holiday weekends, end of major conventions or events, etc.) Although the gridlock situations that happened earlier in the year -- where departing passengers faced lines and waits of more than four hours -- haven't happened recently, they could come back at any moment, so pay attention to what's going on in Vegas when making your travel arrangements.

For more information on the airport, layout, ground transportation, services, and just about everything else, visit McCarran.com.

## This Week's Trivia

Q: What is the biggest (in terms of number of seats) concert, sporting and entertainment venue at a Las Vegas casino? **ANSWER**

The Weekly Trivia Question is sponsored by the Online Memorabilia Museum at Vegas4Visitors.com

## The Full Story

- Guide To Las Vegas' McCarran Airport
- Seven Hot Summer Concerts Coming To Vegas
- 'Wheel' Slot Pays Out $11.2M Jackpot
- Vegas Q&A: How To Spend $200 For Three Day
- Vegas Q&A: Is Vegas Terrorist Target?

## In Next Week's Column

Next week: The latest from Las Vegas.

Plus, don't forget to send your questions about Las Vegas. I've got room for more, so send them in today!

Click here to go to the main page of Vegas4Visitors.com and see all of the fantastic resources Vegas4Visitors has to offer you when planning your next trip to Las Vegas.