# EXHIBIT B

# EXHIBIT B



| HOME | HOTELS | AIR-HOTEL | SHOWS | EN ESPAÑOL | | My Account | Customer Sup |

| Gambling | Tours | Dining | Golf | Weddings | Spas | Attractions | Nightlife | Vegas Guide |

## Vegas Hotels

RESERVE ONLINE OR CALL 1-800-851-1

**BEST RATE GUARANTEE**

VEGAS.com guarantees that our Vegas hotel rates are the lowest publicly available to consumers.
Learn more

**Search for a hotel room**

Check In Date:
Nov · 02 · 2005 ·

Nights: 2 · Adults: 1 ·
Children: 0 ·



**Vegas hotel deals**

| Venetian | from $169.95 |
| Aladdin | from $69.95 |
| Monte Carlo | from $59.95 |
| Harrah's | from $55.95 |
| New Frontier | from $35.95 |
| Orleans | from $29.95 |

**Booking for a group?**
Let VEGAS.com help you with your group booking needs.

-Flamingo-
This diverse resort features a lush garden full of exotic spe and an enormous casino.
Great deals starting at
**$59.95** Book

## Featured Hotels

| | | |
|---|---|---|
| Aladdin | Green Valley Ranch | Palms |
| Bally's Las Vegas | Hard Rock Hotel Casino | Paris Las Vegas |
| Binion's | Harrah's | Rio |
| Bellagio | Imperial Palace | Riviera |
| Boardwalk | Las Vegas Hilton | Sahara |
| Caesars Palace | Luxor | Sam's Town |
| Circus Circus | Mandalay Bay | San Remo |
| Excalibur | MGM Grand | Stardust |
| Fairfield Grand Desert | Mirage | Stratosphere |
| Fitzgeralds | Monte Carlo | Treasure Island |
| Flamingo | New Frontier | Tropicana |
| Four Queens | New York-New York | Tuscany Suites |
| Golden Nugget | Orleans | Venetian |
| Gold Coast | Palace Station | Westin Casuarina |



Click to view a map of VEGAS hotels

## All VEGAS Hotels

Go to: A-C  D-G  H-L  M-R  S-Z

Sort by: Alphabetical | Rating | Area

**Search for a Hotel**

Hotel N:
All Hotels

Check in I
Nov  02 · 2005

Nights: 2
Adults: 1
Children: 0
Child Age 1: ···
Child Age 2: ···

| A-C | Rating | Area |
|---|---|---|
| Aladdin | ★★★ | The Strip |
| Alexis Park Resort* | ★★★ | South East |
| Ambassador Strip Inn Travelodge* | ★★ | South East |
| Americas Best Value Inn and Suites Hotel* | ★★ | South East |
| AmeriRest Las Vegas Travelodge* | ★★ | South East |
| Amerisuites* | ★★½ | South East |
| Arizona Charlie's Boulder | ★★ | Boulder Hwy. |
| Arizona Charlie's Decatur | ★★ | Northwest |
| Artisan* | ★★½ | South East |
| Atrium Suites Hotel | ★★★ | South East |
| Bally's Las Vegas | ★★★½ | The Strip |
| Barbary Coast | ★★½ | The Strip |
| Bellagio | ★★★★★ | The Strip |
| Best Western Mardi Gras Suites & Casino | ★★ | South East |
| Best Western - McCarran* | ★★ | South East |
| Binion's | ★★ | Downtown |
| Blue Moon Gay Resort* | ★★½ | South East |
| Boardwalk | ★★★ | The Strip |
| Boulder Station | ★★★ | Boulder Hwy. |
| Budget Suites of America - Boulder* | ★★ | Boulder Hwy. |
| Budget Suites of America - Rancho* | ★★ | North West |
| Budget Suites of America - Stardust* | ★★ | The Strip |
| Budget Suites of America - Airport* | ★ | South East |
| Buffalo Bill's | ★★½ | Primm Valley |
| Caesars Palace | ★★★★½ | The Strip |
| California | ★★½ | Downtown |
| Candlewood Suites* | ★★½ | South East |
| Cannery | ★★★ | North West |
| Circus Circus | ★★★ | The Strip |
| Clarion Hotel & Suites* | ★★★ | South East |
| **D-G** | **Rating** | **Area** |
| Desert Paradise Resort* | ★★½ | South West |
| Double Tree Club Airport* | ★★★ | South East |
| El Cortez | ★★ | Downtown |
| Embassy Suites* | ★★★ | South East |
| Embassy Suites - Swenson* | ★★★ | South East |
| Emerald Suites* | ★★★ | South East |
| Emerald Suites Cameron* | ★★★ | South West |
| Emerald Suites Nellis* | ★★★ | North East |
| Emerald Suites Tropicana* | ★★★ | South West |
| Excalibur | ★★★ | The Strip |
| Fairfield Grand Desert* | ★★★½ | South East |
| Fiesta | ★★★ | North West |
| Fiesta Henderson | ★★½ | Henderson |
| Fitzgeralds | ★★½ | Downtown |
| Flamingo | ★★★½ | The Strip |

| Hotel | Rating | Area |
|---|---|---|
| Four Queens | ★★½ | Downtown |
| Four Seasons | ★★★★★ | The Strip |
| Fremont | ★★ | Downtown |
| Gold Coast | ★★★ | South West |
| Golden Gate | ★★ | Downtown |
| Golden Nugget | ★★★★ | Downtown |
| Golden Palm | ★★ | South West |
| Greek Isles | ★★ | South East |
| Green Valley Ranch Resort | ★★★★½ | Henderson |

| H-L | Rating | Area |
|---|---|---|
| Hampton Inn* | ★★★ | North West |
| Hampton Inn Henderson* | ★★★ | Henderson |
| Hampton Inn Tropicana* | ★★★ | South West |
| Hard Rock Hotel Casino | ★★★★ | South East |
| Harrah's | ★★★½ | The Strip |
| Hawthorn Inn & Suites Henderson* | ★★★ | Henderson |
| Hearthside Suites* | ★★★ | The Strip |
| Hilton Grand Vacation at the Hilton | ★★★½ | South East |
| Hilton Grand Vacation at the Flamingo | ★★★½ | The Strip |
| Holiday Inn Express* | ★★½ | Henderson |
| Homestead Guest Studios* | ★★ | South East |
| Hooters (Opening in March 2006) | ★★★ | The Strip |
| Howard Johnson* | ★★ | South East |
| Hyatt Regency Lake Las Vegas Resort | ★★★★½ | Lake Las Vegas |
| Imperial Palace | ★★★ | The Strip |
| JW Marriott | ★★★★ | Summerlin |
| La Quinta* | ★★½ | North East |
| La Quinta - Convention Center* | ★★½ | South East |
| La Quinta - Nellis* | ★★½ | North East |
| Lady Luck | ★★½ | Downtown |
| Las Vegas Club | ★★ | Downtown |
| Las Vegas Hilton | ★★★★ | South East |
| Luxor | ★★★★ | The Strip |

| M-R | Rating | Area |
|---|---|---|
| Main Street Station | ★★½ | Downtown |
| Mandalay Bay | ★★★★★ | The Strip |
| MGM Grand | ★★★★½ | The Strip |
| Mirage | ★★★★ | The Strip |
| Monte Carlo | ★★★★ | The Strip |
| Nevada Palace | ★★ | Boulder Hwy. |
| New Frontier | ★★★ | The Strip |
| New York-New York | ★★★★ | The Strip |
| Orleans | ★★★½ | South West |
| Palace Station | ★★½ | South West |
| Palms | ★★★★½ | South West |
| Paris Las Vegas | ★★★★½ | The Strip |
| Plaza | ★★½ | Downtown |

| Name | Rating | Area |
|---|---|---|
| Primm Valley | ★★½ | Primm Valley |
| Renaissance Las Vegas | ★★★★ | South East |
| Rio | ★★★★ | South West |
| Ritz-Carlton | ★★★★★ | Lake Las Vegas |
| Riviera | ★★★ | The Strip |
| Ron Decar's Las Vegas Hotel* | ★★ | The Strip |
| **S-Z** | **Rating** | **Area** |
| Sahara | ★★★ | The Strip |
| Sam's Town | ★★★ | Boulder Hwy. |
| San Remo (Closing Jan. 1) | ★★★ | The Strip |
| Santa Fe Station | ★★★ | North West |
| Silverton | ★★★ | South West |
| St. Tropez All Suite Hotel* | ★★½ | South East |
| Stardust | ★★★ | The Strip |
| Stratosphere | ★★★ | The Strip |
| Summer Bay Resort* | ★★½ | South East |
| Suncoast | ★★★ | Summerlin |
| Sunset Station | ★★★ | Henderson |
| Super 8 - Nellis* | ★★ | North East |
| Terrible's | ★★½ | South East |
| Texas Station | ★★★ | North West |
| THEhotel at Mandalay Bay | ★★★★½ | The Strip |
| Treasure Island | ★★★★ | The Strip |
| Tropicana | ★★★ | The Strip |
| Tuscany Suites & Casino | ★★★ | South East |
| Venetian | ★★★★★ | The Strip |
| Villa Roma Inn* | ★★ | South East |
| Westin Casuarina | ★★★½ | The Strip |
| Whiskey Pete's | ★★ | Primm Valley |
| Wild Wild West | ★★ | South West |
| Wynn Las Vegas | ★★★★★ | The Strip |

Las Vegas McCarran International Airport LAS Guide: LAS Terminals, Airlines, Hotels, Rental Cars, Directions



# World Airport Guides

for business and leisure travellers

**LAS VEGAS LAS** — **AIRPORT GUIDE**

- Las Vegas Airport Home Page
- Las Vegas Airport Terminal Information
- Airline Information
- **Las Vegas Airport Hotels**
- Park, Sleep, Fly Packages
- Las Vegas Maps and Directions
- Online Car Rental Booking
- Online Flight Booking
- Airline Flight Tracking
- Las Vegas Airport Car Parking
- Las Vegas Ground Transportation
- Currency Converter
- 5 Day Weather Forecast
- Security

## Airport Hotels
Hotel discounts. Find and book Las Vegas Airport hotels. **Click Here**



## Airport Car Rental
Discounts of up to **65%** on Las Vegas Airport car rentals. **Click Here**

## Airport Car Parking
Reserve your Las Vegas Airport car parking space online. **Click Here**

## Hotel & Air Packages
Book your Las Vegas hotel and flights in one convenient purchase. **Click Here**

## Flights
Great savings on flights to and from Las Vegas Airport. **Click Here**

E-MAIL NEWSLETTER

sign up

## Las Vegas McCarran International Airport Hotels

**Airport Hotels**

Las Vegas McCarran International Airport (LAS) is located in Las Vegas, Nevada. This provides a huge choice of accommodation for the air traveler close to the Las Vegas McCarran International Airport (LAS). Convenient lodging is located throughout Las Vegas and its neighboring towns.

Click Here to visit World Executive for all hotels in Las Vegas, including city cent hotels.

**Best Western McCarran Inn**
4970 Paradise Rd, Las Vegas, Nevada, 89119-1206, USA
**Hotel Information | Room Reservations**
Distance to Airport : 1.3 Miles

**Comfort Inn Las Vegas**
4350 Paradise Road Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 1 Miles

**Rodeway Inn and Suites Las Vegas**
167 E Tropicana Ave Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 1 Miles



**Clarion Hotel and Suites Emerald Springs Las Vegas**
325 E. Flamingo Road Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 2 Miles



**La Quinta Inn Las Vegas Airport, Nevada NV**
3970 Paradise Road
**Hotel Information | Room Reservations**
Distance to Airport : 2 Miles



**Courtyard Meadowlands Secaucus**
455 HARMON MEADOW BLVD SECAUCUS NJ 07094 Secaucus New Jersey USA
**Hotel Information | Room Reservations**
Distance to Airport : 2 Miles



**Hampton Inn Tropicana**
4975 INDUSTRIAL ROAD Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 2 Miles



**Candlewood Las Vegas**
4034, Paradise Rd
**Hotel Information | Room Reservations**
Distance to Airport : 2.4 Miles



**Hilton Grand Vacations Club at the Las Vegas Hilton**
455 KAREN AVE. Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 3 Miles

**Hilton Grand Vacations**
3575 LAS VEGAS BLVD SOUTH Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 3 Miles



**Best Western Mardi Gras Inn**
3500 Paradise Rd, Las Vegas, Nevada, 89109-3611, USA
**Hotel Information | Room Reservations**
Distance to Airport : 3 Miles



**La Quinta Inn Las Vegas Tropicana, Nevada NV**
4975 South Valley View
**Hotel Information | Room Reservations**
Distance to Airport : 4 Miles



**Econo Lodge Las Vegas**
1150 Las Vegas Blvd. S. Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 7 Miles



**Best Western Main Street Inn**
1000 N Main St, Las Vegas, Nevada, 89101-1011, USA
**Hotel Information | Room Reservations**
Distance to Airport : 10 Miles



**Best Western Parkview Inn**
921 Las Vegas Blvd N, Las Vegas, Nevada, 89101-1149, USA
**Hotel Information | Room Reservations**
Distance to Airport : 10 Miles



**Hampton Inn Las Vegas / Summerlin**
7100 CASCADE VALLEY COURT Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 10 Miles



**La Quinta Inn and Suites Las Vegas West/Lakes, Nevada NV**
9570 W. Sahara
**Hotel Information | Room Reservations**
Distance to Airport : 12.6 Miles



**Hampton Inn Nellis**
4035 N. NELLIS BLVD. Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 12 Miles



**Comfort Inn North Las Vegas**
910 E. Cheyenne Rd. North Las Vegas Nevada USA
**Hotel Information | Room Reservations**
Distance to Airport : 12 Miles



**Holiday Inn Express Hotel and Suites N. Las Vegas, NV**
4540 Donovan Way NORTH LAS VEGAS NV 89031 UNITED STATES
**Hotel Information | Room Reservations**
Distance to Airport : 12 Miles



**Holiday Inn Express The Lakes (Las Vegas), NV**
8669 W. Sahara Avenue LAS VEGAS NV 89117 UNITED STATES
**Hotel Information | Room Reservations**
Distance to Airport : 12 Miles



**Best Western Nellis Motor Inn**
5330 E Craig Rd, Las Vegas, Nevada, 89115-2215, USA
**Hotel Information | Room Reservations**
Distance to Airport : 15 Miles



**La Quinta Inn Las Vegas Nellis , Nevada NV**
4288 North Nellis Blvd.
**Hotel Information | Room Reservations**
Distance to Airport : 16 Miles

