# EXHIBIT C

Case 1:05-cv-00269-JJF   Document 13-4   Filed 11/07/2005   Page 2 of 3

Yahoo! Driving Directions - Las Vegas, NV                                    Page 1 of 2

Yahoo!   My Yahoo!   Mail



Welcome, dan_dan_dangelo
[Sign Out, My Account]

Search the Web    Sea

Maps Home



Introducing the new Travelocity Guarantee...

# Yahoo! Driving Directions

Maps | Driving Directions  

**Starting from:** A  Mc Carran International Airport LAS, Las Vegas, NV  Save Address
**Arriving at:** B  333 Las Vegas Blvd N, Las Vegas, NV 89101-2965  Save Address
**Distance:** 9.7 miles    **Approximate Travel Time:** 15 mins

Get Reverse Directions

New  Send to Phone  Text Only | Printable Version |  Email Directions

**Your Full Route**
Zoom In -
1st.3city567state910-
Zoom Out

**Your Destination**
View Larger Map



Traffic  VIEW

VIEW TRAFFIC ON MAP

**SmartView** tm
See locations on this map

- Restaurants
- Hotels
- ATMs
- Gas Stations
- More

What's this?

○ Zoom in & Re-Center   ○ Re-Center only

**Directions**                                                              Show Turn by Turn Maps

| 1. | Start going toward the AIRPORT EXIT - go 0.2 mi |

Case 1:05-cv-00269-JJF   Document 13-4   Filed 11/07/2005   Page 3 of 3

Yahoo! Driving Directions - Las Vegas, NV                                    Page 2 of 2

| 2. | Bear **L** onto the highway toward **ARRIVING FLIGHTS/PASSENGER PICK UP/LONG TERM PARKING/SHORT TERM PARKING** - go 0.3 mi |
|---|---|
| 3. | Continue on **SWENSON ST** toward **AIRPORT EXIT** - go 0.9 mi |
| 4. | Turn **L** on **TROPICANA AVE** - go 1.9 mi |
| 5. | Turn **R** onto **I-15 NORTH** - go 5.2 mi |
| 6. | Take exit #42B onto **I-515 SOUTH** toward **DOWNTOWN LV/PHOENIX** - go 0.9 mi |
| 7. | Take exit #75A/**LAS VEGAS BLVD.** onto **N LAS VEGAS BLVD** toward **CASHMAN FIELD** - go 0.4 mi |
| 8. | Arrive at **333 LAS VEGAS BLVD N, LAS VEGAS,** on the **R** |

When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

**Get New Driving Directions**

A  Enter starting address or select from My Locations
B  Enter destination address or select from My Locations

My Locations Edit
-- My Locations --

My Locations Edit
-- My Locations --

Address
LAS

Address
333 Las Vegas Blvd N

City, State or Zip
Las Vegas, NV

City, State or Zip
Las Vegas, NV 89101-2965

Country
United States

Country
United States

Get Directions

Learn about Mobile Phone Directions

Maps | Driving Directions | Local | Yellow Pages | Real Estate

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Yahoo! Maps Terms of Use - Help - Ad Feedback