# EXHIBIT D

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NEVADA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,387 | 3,312 | 3,257 | 2,825 | 2,837 | 3,199 | | |
| | Terminations | | 3,252 | 3,219 | 3,110 | 2,693 | 2,874 | 3,145 | | |
| | Pending | | 3,177 | 3,074 | 3,076 | 2,963 | 2,954 | 2,940 | | |
| | % Change in Total Filings | Over Last Year | 2.3 | | | | | | 44 | 7 |
| | | Over Earlier Years | | 4.0 | 19.9 | 19.4 | 5.9 | | 52 | 9 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 6 | 4 | | |
| | Vacant Judgeship Months** | | .0 | .0 | 6.0 | 21.5 | 15.4 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 483 | 473 | 466 | 404 | 473 | 800 | 40 | 7 |
| | | Civil | 365 | 355 | 343 | 329 | 392 | 668 | 44 | 6 |
| | | Criminal Felony | 91 | 97 | 101 | 75 | 81 | 132 | 31 | 8 |
| | | Supervised Release Hearings** | 27 | 21 | 22 | - | - | - | 28 | 10 |
| | Pending Cases | | 454 | 439 | 439 | 423 | 492 | 735 | 31 | 7 |
| | Weighted Filings** | | 560 | 537 | 513 | 449 | 519 | 852 | 22 | 7 |
| | Terminations | | 465 | 460 | 444 | 385 | 479 | 786 | 44 | 7 |
| | Trials Completed | | 16 | 17 | 17 | 17 | 18 | 28 | 63 | 8 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.6 | 8.0 | 9.3 | 10.0 | 9.9 | 8.2 | 58 | 11 |
| | | Civil** | 7.7 | 8.1 | 8.6 | 10.6 | 8.1 | 9.2 | 17 | 4 |
| | From Filing to Trial** (Civil Only) | | 28.0 | 32.0 | 31.0 | 33.0 | 28.0 | 27.7 | 68 | 9 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 137 | 109 | 112 | 81 | 87 | 33 | | |
| | | Percentage | 5.4 | 4.4 | 4.5 | 3.3 | 3.5 | 1.4 | 63 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.2 | 1.2 | 1.3 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 41.16 | 41.09 | 43.03 | 39.05 | 42.36 | 45.03 | | |
| | | Percent Not Selected or Challenged | 33.8 | 29.9 | 36.8 | 40.1 | 38.5 | 32.5 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2557 | 29 | 8 | 601 | 89 | 36 | 149 | 302 | 223 | 139 | 552 | 16 | 413 |
| Criminal* | 633 | 107 | 4 | 164 | 21 | 17 | 95 | ** | 12 | 80 | 14 | 39 | 80 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | SOUTH DAKOTA | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 950 | 958 | 911 | 810 | 766 | 849 | | |
| | Terminations | | 856 | 911 | 839 | 760 | 773 | 819 | | |
| | Pending | | 764 | 687 | 652 | 597 | 572 | 606 | | |
| | % Change in Total Filings | Over Last Year | | -.8 | | | | | 56 | 8 |
| | | Over Earlier Years | | | 4.3 | 17.3 | 24.0 | 11.9 | 43 | 8 |
| | Number of Judgeships | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | .0 | 7.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 317 | 319 | 304 | 270 | 255 | 283 | 79 | 9 |
| | | Civil | 134 | 164 | 155 | 156 | 148 | 153 | 90 | 10 |
| | | Criminal Felony | 143 | 121 | 105 | 114 | 107 | 130 | 10 | 3 |
| | | Supervised Release Hearings** | 40 | 34 | 44 | - | - | - | 12 | 2 |
| | Pending Cases | | 255 | 229 | 217 | 199 | 191 | 202 | 85 | 9 |
| | Weighted Filings** | | 333 | 332 | 292 | 291 | 264 | 300 | 79 | 9 |
| | Terminations | | 285 | 304 | 280 | 253 | 258 | 273 | 83 | 10 |
| | Trials Completed | | 23 | 27 | 23 | 24 | 32 | 29 | 28 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 6.3 | 6.0 | 6.6 | 6.1 | 5.7 | 5.5 | 16 | 3 |
| | | Civil** | 11.8 | 9.4 | 10.9 | 12.3 | 11.2 | 12.0 | 85 | 10 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 19.0 | 12.0 | 22.0 | 18.7 | 21.0 | 53 | 8 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 25 | 26 | 16 | 15 | 14 | 8 | | |
| | | Percentage | 5.6 | 5.7 | 3.4 | 3.8 | 3.6 | 1.9 | 66 | 10 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.3 | 1.1 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 43.92 | 28.09 | 41.04 | 39.43 | 41.68 | 37.28 | | |
| | | Percent Not Selected or Challenged | 35.5 | 32.7 | 29.2 | 31.1 | 37.3 | 29.1 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 403 | 31 | - | 120 | 7 | 10 | 14 | 60 | 71 | 11 | 53 | - | 26 |
| Criminal* | 428 | 27 | 8 | 29 | 3 | 38 | 91 | ** | 3 | 58 | 72 | 1 | 98 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DELAWARE | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,797 | 1,362 | 2,028 | 1,004 | 1,303 | 1,033 | | |
| | Terminations | | 1,516 | 1,507 | 1,478 | 1,020 | 955 | 861 | | |
| | Pending | | 2,085 | 1,836 | 1,999 | 1,477 | 1,502 | 1,154 | | |
| | % Change in Total Filings | Over Last Year | | 31.9 | | | | | 5 | 2 |
| | | Over Earlier Years | | | -11.4 | 79.0 | 37.9 | 74.0 | 4 | 2 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | .0 | 1.9 | 3.1 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 449 | 340 | 507 | 251 | 326 | 258 | 52 | 3 |
| | | Civil | 414 | 306 | 462 | 233 | 307 | 240 | 29 | 3 |
| | | Criminal Felony | 29 | 25 | 38 | 18 | 19 | 18 | 91 | 6 |
| | | Supervised Release Hearings** | 6 | 9 | 7 | - | - | - | 90 | 4 |
| | Pending Cases | | 521 | 459 | 500 | 369 | 376 | 289 | 20 | 2 |
| | Weighted Filings** | | 534 | 424 | 516 | 379 | 389 | 320 | 31 | 1 |
| | Terminations | | 379 | 377 | 370 | 255 | 239 | 215 | 64 | 4 |
| | Trials Completed | | 19 | 23 | 18 | 16 | 19 | 13 | 47 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.1 | 8.3 | 9.8 | 8.0 | 6.6 | 6.0 | 68 | 2 |
| | | Civil** | 14.0 | 11.2 | 8.2 | 12.6 | 10.9 | 11.5 | 93 | 5 |
| | From Filing to Trial** (Civil Only) | | 26.0 | 24.0 | 22.5 | 21.0 | 24.0 | 19.7 | 58 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 65 | 66 | 99 | 77 | 70 | 38 | | |
| | | Percentage | 3.4 | 3.9 | 5.4 | 5.5 | 4.9 | 3.5 | 43 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.3 | 1.1 | 1.3 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 38.50 | 34.98 | 33.84 | 32.68 | 35.75 | 30.23 | | |
| | | Percent Not Selected or Challenged | 20.9 | 24.0 | 24.4 | 19.9 | 28.5 | 15.1 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1655 | 20 | 1 | 238 | 10 | 5 | 28 | 72 | 56 | 198 | 135 | 2 | 890 |
| Criminal* | 115 | 9 | 5 | 40 | - | 4 | 24 | ** | 2 | 19 | - | 6 | 6 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| ALASKA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 557 | 591 | 537 | 619 | 651 | 912 | | |
| | Terminations | | 552 | 686 | 657 | 767 | 671 | 678 | | |
| | Pending | | 480 | 481 | 512 | 632 | 774 | 797 | | |
| | % Change in Total Filings | Over Last Year | | -5.8 | | | | | 75 | 14 |
| | | Over Earlier Years | | | 3.7 | -10.0 | -14.4 | -38.9 | 93 | 15 |
| | Number of Judgeships | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | Vacant Judgeship Months** | | .0 | .0 | 7.7 | .4 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 186 | 197 | 179 | 206 | 217 | 304 | 92 | 13 |
| | | Civil | 125 | 131 | 131 | 154 | 161 | 252 | 91 | 13 |
| | | Criminal Felony | 48 | 54 | 39 | 52 | 56 | 52 | 75 | 14 |
| | | Supervised Release Hearings** | 13 | 12 | 9 | - | - | - | 65 | 14 |
| | Pending Cases | | 160 | 160 | 171 | 211 | 258 | 266 | 93 | 14 |
| | Weighted Filings** | | 206 | 224 | 199 | 220 | 240 | 301 | 91 | 13 |
| | Terminations | | 184 | 229 | 219 | 256 | 224 | 226 | 92 | 13 |
| | Trials Completed | | 12 | 11 | 14 | 15 | 11 | 11 | 80 | 12 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.0 | 5.6 | 6.1 | 5.4 | 5.1 | 5.6 | 29 | 5 |
| | | Civil** | 9.5 | 14.9 | 13.6 | 11.7 | 9.9 | 7.9 | 45 | 8 |
| | From Filing to Trial** (Civil Only) | | 27.0 | 31.0 | 24.0 | 25.5 | - | 36.0 | 63 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 23 | 28 | 70 | 74 | 57 | 2 | | |
| | | Percentage | 6.1 | 7.4 | 16.0 | 13.7 | 8.6 | .3 | 70 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.6 | 1.4 | 1.4 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 71.79 | 47.47 | 59.22 | 56.09 | 56.22 | 55.88 | | |
| | | Percent Not Selected or Challenged | 54.1 | 38.4 | 41.0 | 40.0 | 39.9 | 44.0 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 374 | 19 | - | 72 | 20 | 9 | 20 | 86 | 65 | 6 | 37 | - | 40 |
| Criminal* | 140 | 12 | 2 | 28 | 1 | 7 | 41 | ** | 5 | 14 | - | 10 | 20 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **IDAHO** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 907 | 864 | 865 | 839 | 883 | 696 | | |
| | Terminations | | 912 | 841 | 872 | 771 | 729 | 689 | | |
| | Pending | | 897 | 906 | 893 | 907 | 848 | 694 | | |
| | % Change in Total Filings | Over Last Year | 5.0 | | | | | | 24 | 4 |
| | | Over Earlier Years | | 4.9 | 8.1 | 2.7 | 30.3 | | 16 | 4 |
| | Number of Judgeships | | 2 | 2 | 2 | 2 | 2 | 2 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 454 | 433 | 433 | 420 | 442 | 348 | 50 | 9 |
| | | Civil | 330 | 287 | 313 | 349 | 380 | 299 | 51 | 7 |
| | | Criminal Felony | 108 | 124 | 107 | 71 | 62 | 49 | 20 | 6 |
| | | Supervised Release Hearings** | 16 | 22 | 13 | - | - | - | 55 | 13 |
| | Pending Cases | | 449 | 453 | 447 | 454 | 424 | 347 | 33 | 8 |
| | Weighted Filings** | | 539 | 476 | 518 | 505 | 483 | 435 | 27 | 8 |
| | Terminations | | 456 | 421 | 436 | 386 | 365 | 345 | 46 | 9 |
| | Trials Completed | | 20 | 24 | 20 | 18 | 28 | 26 | 41 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.6 | 7.2 | 6.6 | 6.2 | 7.3 | 7.7 | 39 | 6 |
| | | Civil** | 11.6 | 11.8 | 11.5 | 10.6 | 11.3 | 13.8 | 80 | 13 |
| | From Filing to Trial** (Civil Only) | | - | 36.0 | 39.0 | - | 18.5 | 21.0 | - | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 57 | 47 | 46 | 31 | 24 | 23 | | |
| | | Percentage | 7.7 | 6.5 | 6.2 | 3.9 | 3.1 | 3.7 | 78 | 11 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.2 | 1.6 | 1.6 | 1.3 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 40.00 | 34.69 | 32.77 | 28.14 | 31.34 | 28.42 | | |
| | | Percent Not Selected or Challenged | 24.6 | 19.9 | 23.7 | 15.3 | 21.1 | 19.4 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 659 | 30 | 2 | 159 | 15 | 24 | 27 | 84 | 98 | 26 | 92 | 3 | 99 |
| Criminal* | 213 | 71 | 2 | 35 | - | 5 | 48 | ** | 2 | 15 | 14 | 3 | 18 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | HAWAII | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,216 | 1,200 | 1,146 | 1,042 | 1,130 | 1,174 | | |
| | Terminations | | 1,213 | 1,330 | 1,180 | 1,072 | 1,208 | 1,380 | | |
| | Pending | | 1,170 | 1,174 | 1,325 | 1,384 | 1,420 | 1,511 | | |
| | % Change in Total Filings | Over Last Year | 1.3 | | | | | | 49 | 8 |
| | | Over Earlier Years | | 6.1 | 16.7 | 7.6 | 3.6 | | 58 | 11 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 12.0 | 12.0 | 12.0 | 12.0 | 9.0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 305 | 300 | 286 | 261 | 283 | 294 | 82 | 12 |
| | | Civil | 193 | 192 | 210 | 210 | 223 | 230 | 83 | 12 |
| | | Criminal Felony | 73 | 79 | 58 | 51 | 60 | 64 | 44 | 11 |
| | | Supervised Release Hearings** | 39 | 29 | 18 | - | - | - | 15 | 6 |
| | Pending Cases | | 293 | 294 | 331 | 346 | 355 | 378 | 80 | 10 |
| | Weighted Filings** | | 392 | 383 | 391 | 378 | 433 | 397 | 70 | 11 |
| | Terminations | | 303 | 333 | 295 | 268 | 302 | 345 | 78 | 12 |
| | Trials Completed | | 14 | 13 | 10 | 13 | 13 | 15 | 73 | 9 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 13.9 | 12.7 | 14.3 | 12.7 | 8.7 | 8.4 | 93 | 15 |
| | | Civil** | 9.6 | 12.0 | 9.6 | 11.0 | 11.3 | 12.1 | 46 | 9 |
| | From Filing to Trial** (Civil Only) | | - | - | - | 17.0 | 18.5 | 24.0 | - | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 61 | 91 | 288 | 279 | 279 | 25 | | |
| | | Percentage | 8.1 | 11.5 | 28.0 | 25.4 | 24.6 | 2.0 | 79 | 12 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.5 | 1.9 | 1.9 | 2.1 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 70.33 | 73.10 | 76.25 | 70.11 | 58.89 | 57.80 | | |
| | | Percent Not Selected or Challenged | 34.4 | 35.5 | 31.7 | 39.0 | 36.7 | 36.1 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 772 | 9 | - | 90 | 27 | 16 | 50 | 98 | 142 | 29 | 222 | 3 | 86 |
| Criminal* | 288 | 3 | 1 | 73 | - | 7 | 126 | ** | 2 | 37 | 3 | 10 | 26 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

http://www.uscourts.gov/cgi-bin/cmsd2004.pl                                                11/2/2005