SCHEDULE OF ACTIONS
DOCKET NO. 1735
IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

District of Alaska

*John McFarlin v. Wal-Mart Stores, Inc., et al.*, C.A. No. 3:05-94 (Judge James K. Singleton)

District of Delaware

*Dora Jackson v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-269 (Judge Joseph J. Farnan, Jr.)

District of Hawaii

*Tammy L. Poha, et al. v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-697
 (Judge Susan Oki Mollway)

District of Idaho

*Reginald Paul Jackson, et al. v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-424
 (Judge Edward J. Lodge)

District of Nevada

*Nancy Hall v. Wal-Mart Stores, Inc., et al.*, C.A. No. 2:05-1099 (Judge Philip M. Pro)

District of South Dakota

*John Luce v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-1019 (Judge Charles B. Kornmann)