SCHEDULE OF MATTERS FOR HEARING SESSION
January 26, 2006 -- Orlando, Florida

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1598 -- In re Ephedra Products Liability Litigation

Oppositions of defendants American Drug Stores, Inc.; The Chemins Company, Inc.; Wal-Mart Stores, Inc.; Rite Aid Corporation; Costco Wholesale Corporation; Sam's West, Inc.; Metabolife International, Inc.; Alpine Health Products, LLC; Target Corporation; and Wal-Mart Stores Texas, LP to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Eastern District of Arkansas

*Opal Jenkins v. Wal-Mart Stores, Inc., et al.*, Bky. Advy. No. 2:05-1265

Southern District of California

*Linda Llewellyn, et al. v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90411
*Dee Dee Friddle, et al. v. Metabolife International, Inc.*, Bky. Advy. No. 3:05-90412
*Patricia Naugle v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90413
*Jacqueline Lee Brock, et al. v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90414
*Wendy Davis v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90415
*Dennis Chaney v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90416
*Dora Morris, et al. v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90417
*Terrill Armbrister v. Metabolife, Inc., et al.*, Bky. Advy. No. 3:05-90421
*Joann Maloney, et al. v. Chemins Co., Inc., et al.*, Bky. Advy. No. 3:05-90422
*Carol Smith v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90423
*Barbara Bower v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90424

MDL-1598 (Continued)

Northern District of Illinois

*Edward Foster, et al. v. Metabolife International, Inc., et al.*, C.A. No. 1:05-4759

Southern District of Illinois

*John Paul Hawkins v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-3281

District of New Mexico

*Emily Lujan v. Chemins Co., Inc., et al.*, Bky. Advy. No. 1:05-1212

Southern District of Ohio

*Sherri Watters v. Metabolife International, Inc., et al.*, C.A. No. 1:05-444

Northern District of Texas

*Philip Christopher Overstreet v. Metabolife International, Inc., et al.*, C.A. No. 3:05-1923

Southern District of Texas

*Jason McMeekin v. Metabolife International, Inc., et al.*, C.A. No. 3:05-519

Western District of Texas

*Leatrice J. Lewis v. Metabolife International, Inc., et al.*, C.A. No. 5:05-948

MDL-1732 -- In re Lipitor Marketing and Sales Practices Litigation

Motion of plaintiffs Nilda Prohias, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of Florida and motion of plaintiff Pennsylvania Employees Benefit Trust Fund for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

Southern District of Florida

*Nilda Prohias, et al. v. Pfizer, Inc.*, C.A. No. 1:05-22658

District of Massachusetts

*Teamsters Local No. 35 Health Plans, et al. v. Pfizer, Inc.*, C.A. No. 1:05-11956

Eastern District of Pennsylvania

*Pennsylvania Employees Benefit Trust Fund v. Pfizer, Inc.*, C.A. No. 2:05-5433

MDL-1733 -- In re Teflon Products Liability Litigation

Motion of plaintiffs Natalie Belmonte, et al., for centralization of the following actions in the United States District Court for the Southern District of Florida:

Central District of California

*Lisa Howe, et al. E.I. DuPont De Nemours & Co.*, C.A. No. 2:05-5488

Southern District of California

*Jennifer Hardee v. E.I. DuPont De Nemours & Co.*, C.A. No. 3:05-1522

District of Colorado

*Susan R. Yoshioka, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-1440

MDL-1733 (Continued)

Southern District of Florida

*Natalie Belmonte, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-21921

Northern District of Illinois

*Sheldon B. Lyke, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-4168

Southern District of Iowa

*Janet R. Luett, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 4:05-422

District of Massachusetts

*Judy Levin v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-11618

Eastern District of Michigan

*Constance A. Webb v. E.I. DuPont De Nemours & Co.*, C.A. No. 2:05-72923

Eastern District of Missouri

*Heath Hutchison, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 4:05-1234

Southern District of New York

*Rosemarie Compitello, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-6749

Northern District of Ohio

*Susan E. Schnur v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-1818

Eastern District of Pennsylvania

*Kathleen Margay, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 2:05-4049

MDL-1733 (Continued)

District of South Carolina

*Melissa Lee Urch, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 7:05-2438

Southern District of Texas

*Jerry Syntych, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 4:05-2530

MDL-1735 -- In re Wal-Mart Wage and Hour Employment Practices Litigation

Motion of plaintiff Nancy Hall for centralization of the following actions in the United States District Court for the District of Nevada:

District of Alaska

*John McFarlin v. Wal-Mart Stores, Inc., et al.*, C.A. No. 3:05-94

District of Delaware

*Dora Jackson v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-269

District of Hawaii

*Tammy L. Poha, et al. v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-697

District of Idaho

*Reginald Paul Jackson, et al. v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-424

District of Nevada

*Nancy Hall v. Wal-Mart Stores, Inc., et al.*, C.A. No. 2:05-1099

District of South Dakota

*John Luce v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-1019

MDL-1736 -- In re Celexa and Lexapro Products Liability Litigation

Motion of defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., for centralization of the following actions in the United States District Court for the Southern District of Mississippi:

District of Idaho

*Dan Henrikson, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-121

Northern District of Mississippi

*Ella May Cross, et al. v. Forest Laboratories, Inc.*, C.A. No. 1:05-170

Southern District of Mississippi

*Janice Kemp, etc. v. Forest Laboratories, Inc., et al.*, C.A. No. 3:04-704

District of New Jersey

*Raymond P. Badyna, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-4711

Southern District of New York

*William Manning, et al. v. Forest Laboratories, Inc.*, C.A. No. 1:05-6438
*Terry Johns, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-6439
*Ashley Smith v. Forest Laboratories, Inc.*, C.A. No. 1:05-6941
*Randy Cline, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-7644

District of North Dakota

*Michael S. Rust, et al. v. Forest Laboratories, Inc., et al.*, C.A. No. 4:05-80

Western District of Oklahoma

*Annabel Dobbs, etc. v. Forest Laboratories, Inc., et al.*, C.A. No. 5:04-1762

MDL-1736 (Continued)

District of South Carolina

*Daniel Steubing, et al. v. Forest Laboratories, Inc.*, C.A. No. 2:05-1573

Western District of Washington

*Lois Ilich, etc. v. Forest Laboratories, Inc., et al.*, C.A. No. 2:05-667

MDL-1737 -- In re American Honda Motor Co., Inc., Oil Filter Products Liability Litigation

Motion of defendant American Honda Motor Co., Inc., for centralization of the following actions in the United States District Court for the Central District of California:

Middle District of Florida

*Walter Yasensky v. American Honda Motor Co., Inc.*, C.A. No. 8:05-1819

Northern District of Illinois

*Hal Pilger v. American Honda Motor Co., Inc.*, C.A. No. 1:05-5277

District of Maryland

*Richard Ammon v. American Honda Motor Co., Inc.*, C.A. No. 1:05-2703

District of Massachusetts

*Pauline McDevitt v. American Honda Motor Co., Inc.*, C.A. No. 1:05-12101

Eastern District of Wisconsin

*Scott Bonlender, et al. v. American Honda Motor Co., Inc.*, C.A. No. 2:05-1098

MDL-1738 -- In re Vitamin C Antitrust Litigation

Motion of defendant Northeast Pharmaceutical Group Co., Ltd., for centralization of the following actions in the United States District Court for the Eastern District of New York:

Northern District of California

*Linda Philion, et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, C.A. No. 3:05-4524

District of Massachusetts

*Dennis Audette v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, C.A. No. 1:05-12224

Eastern District of New York

*Animal Science Products, Inc., et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, C.A. No. 1:05-453

MDL-1739 -- In re Grand Theft Auto Video Game Consumer Litigation (No. II)

Motion of plaintiffs Florence Cohen, Robert Samario, Cindy Casey, and Susan Carlson for centralization of the following actions in the United States District Court for the Southern District of New York:

Southern District of Illinois

*Brenda Stanhouse v. Take-Two Interactive Software, Inc., et al.*, C.A. No. 3:05-721

Southern District of New York

*In re Grand Theft Auto Video Game Consumer Litigation*, C.A. No. 1:05-6734
*Robert Samario v. Take-Two Interactive Software, Inc., et al.*, C.A. No. 1:05-6767
*Susan Carlson v. Take-Two Interactive Software, Inc., et al.*, C.A. No. 1:05-6907
*Cindy Casey v. Take-Two Interactive Software, Inc., et al.*, C.A. No. 1:05-10013

MDL-1740 -- In re Canon U.S.A., Inc., Digital Cameras Products Liability Litigation

Motion of defendant Canon U.S.A., Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

Central District of California

*Wing Law v. Canon U.S.A., Inc.*, C.A. No. 2:05-7959

Southern District of New York

*In re Canon Cameras Litigation*, C.A. No. 1:05-7233

MDL-1741 -- In re Isolagen, Inc., Securities & Derivative Litigation

Motion of defendant Isolagen, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Pennsylvania

*Ronald A. Gargiulo v. Isolagen, Inc., et al.*, C.A. No. 2:05-4983
*Gregory Newman v. Isolagen, Inc., et al.*, C.A. No. 2:05-5090

Southern District of Texas

*Elliot Liff, et al. v. Isolagen, Inc., et al.*, C.A. No. 4:05-2887
*Michael Cummiskey v. Isolagen, Inc., et al.*, C.A. No. 4:05-3105
*Richard Keene, etc. v. Frank M. DeLape, et al.*, C.A. No. 4:05-3441

MDL-1742 -- In re Ortho Evra Products Liability Litigation

Motion of plaintiff Lydia M. Lilly for centralization of the following actions in the United States District Court for the District of New Jersey, or in the alternative, the United States District Court for the Eastern District of New York:

District of New Jersey

*Lydia M. Lilly v. Johnson & Johnson, et al.*, C.A. No. 2:05-4313
*Jessie M. D'Amato v. Johnson & Johnson, et al.*, C.A. No. 2:05-5241
*Brian P. Leitheiser, etc. v. Johnson & Johnson, et al.*, C.A. No. 2:05-5413
*Shannon Marie Stoedter v. Johnson & Johnson, et al.*, C.A. No. 2:05-5501
*Jessica Debra Kingston v. Johnson & Johnson, et al.*, C.A. No. 2:05-5502

Eastern District of New York

*Joan Petrella, et al. v. Ortho-McNeil Pharmacuetical, Inc., et al.*, C.A. No. 1:05-3953

Southern District of New York

*Ellen Stewart, etc. v. Ortho-McNeil Pharmacuetical, Inc., et al.*, C.A. No. 1:05-7171

Western District of North Carolina

*Melanie Coleman, et al. v. Johnson & Johnson, et al.*, C.A. No. 3:05-416

Northern District of Ohio

*Demetria Ann Bernard v. Ortho-McNeil Pharmacuetical, Inc.*, C.A. No. 3:05-7146

Southern District of Ohio

*Melisa Arbino v. Johnson & Johnson, et al.*, C.A. No. 1:05-534

Western District of Pennsylvania

*Janet Weaver Reardon, et al. v. Johnson & Johnson, et al.*, C.A. No. 2:05-562

MDL-1742 (Continued)

Western District of Texas

*Rebecca Jane Wahlig v. Johnson & Johnson, et al.*, C.A. No. 1:05-860

Western District of Wisconsin

*Michael Brown, et al. v. Johnson & Johnson, et al.*, C.A. No. 3:05-668

MDL-1743 -- In re American Family Mutual Insurance Co. Overtime Pay Litigation

Motion of plaintiff Rocky Baldozier, et al., for centralization of the following actions in the United States District Court for the District of Colorado:

District of Colorado

*Rocky Baldozier, et al. v. American Family Mutual Insurance Co.*, C.A. No. 1:04-2174

Northern District of Illinois

*Robert Schultz v. American Family Mutual Insurance Co.*, C.A. No. 1:04-5512