Schedule of Matters for Hearing Session, Section B     p. 12
Orlando, Florida

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Opposition of plaintiff Steven McAboy, etc., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Western District of Washington

*Steven McAboy, etc. v. IMO Industries, Inc., et al.*, C.A. No. 2:05-1241

MDL-1334 -- In re Managed Care Litigation

Opposition of plaintiff Paul S. Howard, M.D., to transfer of the following action to the United States District Court for the Southern District of Florida:

Northern District of Alabama

*Paul S. Howard, M.D. v. Blue Cross & Blue Shield of Alabama*, C.A. No. 2:05-1894

Oppositions of defendants Connecticut General Life Insurance Company; CIGNA Corporation; CIGNA Health Corporation; and Northwest Airlines, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of New Jersey:

Southern District of Florida

*Darlery Franco, et al. v. Connecticut General Life Insurance Co., et al.*,
C.A. No. 1:04-23187 (D. New Jersey, C.A. No. 2:04-1318)

Schedule of Matters for Hearing Session, Section B                              p. 13
Orlando, Florida


MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

   Opposition of plaintiffs Howard Graham, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

   Southern District of Illinois

   *Howard Graham, et al. v. Shell Oil Co., et al.*, C.A. No. 3:05-703


MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

   Opposition of plaintiff Victor Gomez to transfer of the following action to the United States District Court for the Western District of Washington:

   Southern District of Texas

   *Victor Gomez v. Bayer Corp., et al.*, C.A. No. 7:05-311


MDL-1431 -- In re Baycol Products Liability Litigation

   Oppositions of plaintiffs Decoro Nercy, Juana Acosta, Emilia Gomez, and Rodobaldo Naranjo to transfer of their respective following actions to the United States District Court for the District of Minnesota:

   Southern District of Florida

   *Decoro Nercy v. Bayer Corp.*, C.A. No. 1:05-22458
   *Juana Acosta v. Bayer Corp.*, C.A. No. 1:05-22460
   *Emilia Gomez v. Bayer Corp.*, C.A. No. 1:05-22461
   *Rodobaldo Naranjo v. Bayer Corp.*, C.A. No. 1:05-22463

Schedule of Matters for Hearing Session, Section B          p. 14
Orlando, Florida

MDL-1439 -- In re Farmers Insurance Exchange Claims Representatives' Overtime Pay Litigation

    Opposition of plaintiffs Kimberly Mackall, et al., to transfer of the following action to the United States District Court for the District of Oregon:

    Central District of California

*Kimberly Mackall, et al. v. Farmers Insurance Exchange*, C.A. No. 2:05-6059

MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

    Opposition of plaintiff Westpac Banking Corporation to transfer of the following action to the United States District Court for the Southern District of Texas:

    Southern District of New York

*Westpac Banking Corp. v. Citibank, N.A.*, C.A. No. 1:05-6939

MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

    Opposition of plaintiffs The State of Texas, et al., to transfer of the following action to the United States District Court for the District of Massachusetts:

    Western District of Texas

*The State of Texas, et al. v. Abbott Laboratories, Inc., et al.*, C.A. No. 1:05-897

Schedule of Matters for Hearing Session, Section B                                     p. 16
Orlando, Florida

MDL-1532 -- In re New Motor Vehicles Canadian Export Antitrust Litigation

    Opposition of plaintiffs Paul Melangagio, et al., to transfer of the following action to the United States District Court for the District of Maine:

    District of Nebraska

*Paul Melangagio, et al. v. General Motors Corp., et al.*, C.A. No. 8:05-451

MDL-1535 -- In re Welding Fume Products Liability Litigation

    Opposition of plaintiffs James Carn, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

    Eastern District of Pennsylvania

*James Carn, et al. v. BOC Group, Inc., et al.*, C.A. No. 2:05-4839

MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

    Opposition of plaintiff Sinclair Oil Corporation to transfer of the following actions to the United States District Court for the District of Nevada:

    Northern District of Oklahoma

*Sinclair Oil Corp. v. E-Prime, Inc., et al.*, C.A. No. 4:05-435

    District of Wyoming

*Sinclair Oil Corp. v. OneOK Energy Services Co., LP*, C.A. No. 1:05-254

Schedule of Matters for Hearing Session, Section B  p. 17
Orlando, Florida

### MDL-1574 -- In re Paxil Products Liability Litigation

Opposition of defendant GlaxoSmithKline to transfer of the following action to the United States District Court for the Central District of California:

#### District of District of Columbia

*Amanda Paine, etc. v. GlaxoSmithKline*, C.A. No. 1:05-574

### MDL-1596 -- In re Zyprexa Products Liability Litigation

Oppositions of plaintiffs and defendants Janssen, L.P.; Dr. Julia Fax; Dr. Joseph Spalding; and Bristol-Myers Squibb Company to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

#### Eastern District of Missouri

*Charles Reynolds v. Eli Lilly & Co., et al.*, C.A. No. 1:05-173
*Phyllis Edwards v. Eli Lilly & Co., et al.*, C.A. No. 1:05-174
*Linda Faye Robinson v. Eli Lilly & Co., et al.*, C.A. No. 1:05-176
*Barbara Province v. Eli Lilly & Co., et al.*, C.A. No. 1:05-187
*Jennifer Morlan v. Eli Lilly & Co., et al.*, C.A. No. 1:05-189
*Amanda Lilly & Eli Lilly & Co., et al.*, C.A. No. 1:05-190
*Gilbert Sabala v. Eli Lilly & Co., et al.*, C.A. No. 2:05-65
*William Anthony Ewing v. Eli Lilly & Co., et al.*, C.A. No. 2:05-66
*Valarie A. Chazelle v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1806
*Patrick McDonald v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1869
*Donna Luther v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1870
*Gloria Black v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1921
*Cindy Buck v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1922
*Clifford Ferrin v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1923
*Pamela Journey v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1924
*Thomas McGee, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1925
*Michelle McMahon v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1926
*Brent Thomas v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1927
*Reed Thompson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1928
*Tamila Watkins v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1930

Schedule of Matters for Hearing Session, Section B　　　　　　　　　　　　　　　p. 18
Orlando, Florida

MDL-1596 (Continued)

### Eastern District of Missouri (Continued)

*James Keetch v. Janssen Pharmaceutica, L.P., et al.,* C.A. No. 4:05-1931
*Shirley Helms v. Eli Lilly & Co., et al.,* C.A. No. 4:05-1936
*Gloria Lothridge v. Eli Lilly & Co., et al.,* C.A. No. 4:05-1937
*Joy Hufferd v. Eli Lilly & Co., et al.,* C.A. No. 4:05-1938

### Western District of Missouri

*Robert Henry v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4317
*Shirley Copeland v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4318
*Judy Laurence v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4319
*Lindell Schmidt v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4320
*Christina Quebedeaux v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4326
*Ronald Forbes v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4331
*Terri Finley v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4332
*Barbara Benton v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4337
*Rick Galati v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4338
*Cindy Karsch v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4339
*Scott Surface v. Eli Lilly & Co., et al.,* C.A. No. 2:05-4341
*Gina M. Easley v. Eli Lilly & Co., et al.,* C.A. No. 3:05-5150
*Gregory Bradley v. Eli Lilly & Co., et al.,* C.A. No. 4:05-932
*Janice A. Johnson v. Eli Lilly & Co., et al.,* C.A. No. 4:05-960
*Loretta Eads v. Eli Lilly & Co., et al.,* C.A. No. 4:05-987
*Michelle Wolfe v. Eli Lilly & Co., et al.,* C.A. No. 4:05-990
*Connie Stewart v. Eli Lilly & Co., et al.,* C.A. No. 6:05-3473
*James Caffey v. Eli Lilly & Co., et al.,* C.A. No. 6:05-3474
*Raymond Mincks v. Eli Lilly & Co., et al.,* C.A. No. 6:05-3485
*Ron Lipe v. Eli Lilly & Co., et al.,* C.A. No. 6:05-3487
*Bacil Warson v. Eli Lilly & Co., et al.,* C.A. No. 6:05-3488
*Laura Davis v. Eli Lilly & Co., et al.,* C.A. No. 6:05-3490
*Twila May Freeman v. Eli Lilly & Co., et al.,* C.A. No. 6:05-3504

Schedule of Matters for Hearing Session, Section B                                    p. 19
Orlando, Florida


MDL-1596 (Continued)


Motion of defendant Eli Lilly & Company for transfer of the following action to the United States District of Court for the Eastern District of New York:

District of South Carolina

*Roland Dowling v. Eli Lilly & Co.*, C.A. No. 2:05-2241


MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Opposition of plaintiffs Gregory Pettaway, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Southern District of Alabama

*Gregory Pettaway, et al. v. Deutsche Bank National Trust Co.*, C.A. No. 2:05-489


MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs Elmenia Johnson, etc.; Maria Aranda; and Jose Magdaleno Fonseca, et al., to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

Eastern District of Louisiana

*Elmenia Johnson, etc. v. Pfizer, Inc.*, C.A. No. 2:05-3688

Southern District of Texas

*Maria Aranda v. Pfizer, Inc., et al.*, C.A. No. 7:05-309
*Jose Magdaleno Fonseca, et al. v. Pfizer, Inc., et al.*, C.A. No. 7:05-312

Schedule of Matters for Hearing Session, Section B     p. 20
Orlando, Florida

MDL-1634 -- In re Peanut Crop Insurance Litigation

Motion of plaintiffs Texas Peanut Farmers, et al., for transfer of the following action to the United States District Court for the Eastern District of North Carolina:

### Court of Federal Claims

*Texas Peanut Farmers, et al. v. U.S.A.*, C.A. No. 1:03-445

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs and defendants Dartmouth-Hitchcock Medical Center; Roshini Pinto Power, M.D.; Charles Carr, M.D.; Brigham & Women's Hospital; Dr. Peter J. Millet; Maya Varshney, M.D.; and Rajendrakumar I. Patel, M.D., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Middle District of Alabama

*Theatus Rawdon Beaty v. Merck & Co., Inc., et al.*, C.A. No. 2:05-880

### Southern District of Illinois

*Elvin Elswick v. Merck & Co., Inc., et al.*, C.A. No. 3:05-645
*Stanely McNulty v. Merck & Co., Inc., et al.*, C.A. No. 3:05-661
*Gary Grizzell v. Merck & Co., Inc., et al.*, C.A. No. 4:05-4170

### Eastern District of Kentucky

*Ronald E. Smith, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-68
*James Parsons, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-412
*Gene Patterson, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-413
*Tresa Brady, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-423
*Maudie F. Jones, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-425

Schedule of Matters for Hearing Session, Section B  p. 21
Orlando, Florida

MDL-1657 (Continued)

Eastern District of Kentucky (Continued)

*Gerlene Stacy v. Merck & Co., Inc.*, C.A. No. 6:05-525
*Bonnie Engle v. Merck & Co., Inc.*, C.A. No. 6:05-565
*James T. Bevins, et al. v. Merck & Co., Inc.*, C.A. No. 7:05-317
*James Howell, et al. v. Merck & Co., Inc.*, C.A. No. 7:05-330

Western District of Kentucky

*Elvis Meadors v. Merck & Co., Inc., et al.*, C.A. No. 1:05-136
*Harold Reiser v. Merck & Co., Inc., et al.*, C.A. No. 1:05-156
*James W. Thompson, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-549
*Jerry W. Kinslow, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-550
*Carl D. Mahan, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-565
*Samuel Bain, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-566
*Wenceslaus Klimesh, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-568
*Glen Kelly v. Merck & Co., Inc.*, C.A. No. 3:05-569
*Barry M. Kinslow v. Merck & Co., Inc.*, C.A. No. 3:05-570
*Barbara A. Reeves, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-571
*Betty Wooldridge, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-572
*Bernice Eversole, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-573
*Earl G. Crank, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-581
*Phillip Metcalf, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-582
*Allen Dowell, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-585
*Lois Zoll v. Merck & Co., Inc.*, C.A. No. 3:05-586
*Helen Dennison v. Merck & Co., Inc.*, C.A. No. 3:05-587
*Lana Yaggie, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-588
*Kim Young, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-589
*William E. Garrett, et al. v Merck & Co., Inc.*, C.A. No. 3:05-590
*William M. Adams, Jr., et al. v. Merck & Co., Inc.*, C.A. No. 3:05-591
*Linda Howard, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-592
*Richard Wigginton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-593
*Sharon McDonald v. Merck & Co., Inc., et al.*, C.A. No. 3:05-595
*Dennie Miller, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-600
*David G. Thomas v. Merck & Co., Inc.*, C.A. No. 3:05-601
*George R. Hubbard, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-602

Schedule of Matters for Hearing Session, Section B          p. 22
Orlando, Florida

MDL-1657 (Continued)

        Western District of Kentucky (Continued)

*Joseph E. Newton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-603
*Elmer Smith, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-605
*Violet Bailey, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-606
*Joyce Skillman v. Merck & Co., Inc.*, C.A. No. 3:05-607
*Charles Ball, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-608
*Lucky Daniels, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-609
*Lovell S. Cottrell, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-610
*Charles Orange, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-615
*Earl J. Estep, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-616
*Michael T. Mooney, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-617
*Juanita King v. Merck & Co., Inc.*, C.A. No. 3:05-618
*Marjorie Staten, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-619
*Bernard Griffin, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-620
*Anthony Long, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-621
*Cleo D. Gilbert, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-622
*Vanessa Wisenbaler v. Merck & Co., Inc.*, C.A. No. 3:05-626
*Charles Nantz, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-627
*Annie Hendrix v. Merck & Co., Inc.*, C.A. No. 3:05-628
*Carolyn A. Ward v. Merck & Co., Inc.*, C.A. No. 3:05-629
*William E. Kaufman, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-630
*Donna C. Russel, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-631
*Delbert Rakes, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-632
*Timmy Glass, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-646

        District of Massachusetts

*Kathleen Martin v. Merck & Co., Inc., et al.*, C.A. No. 1:05-11716

        Eastern District of Missouri

*Michael Elder, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1268
*Nina Cook, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1272
*George Likins, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1273
*Tyrone Dawson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1291

Schedule of Matters for Hearing Session, Section B  p. 23
Orlando, Florida

MDL-1657 (Continued)

    Eastern District of Missouri (Continued)

*Evelyn Light, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1463
*Fulton Lacy, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1465
*Roberta Sterling, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1466
*Betty Jean Gant et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1490
*Jane Latham, et al. v. Merrck & Co., Inc., et al.*, C.A. No. 4:05-1491
*Jefferson Euell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1497
*Barbara Gustin, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1514
*Martin Zide, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1520
*Ginger Hugo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1557

    Western District of Missouri

*Jimmie Collins v. Merck & Co., Inc., et al.*, C.A. No. 3:05-5142

    Southern District of New York

*Douglas A. Spalter, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-7301

    Western District of New York

*Brian North v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6475

    Eastern District of Tennessee

*James E. Queen, et al. v. Merck & Co., Inc.*, C.A. No. 1:05-283

    Western District of Texas

*Sulema L. Banda, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-950

Schedule of Matters for Hearing Session, Section B                                              p. 24
Orlando, Florida


MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
        Litigation

      Oppositions of plaintiffs Jackie Collins and Gracie Blount and defendants Gene L. Watterson, M.D.; Joseph Singleton, M.D.; Nellie Casandra Comer, M.D.; and Wallace Purdy, M.D., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana in MDL-1657 and to the United States District Court for the Northern District of California in MDL-1699:

    Northern District of Alabama

*Juanell Y. McBrayer Wilkes, et al. v Merck & Co., Inc., et al.*, C.A. No. 2:05-1214

    Southern District of Illinois

*Jackie Collins v. Merck & Co., Inc., et al.*, C.A. No. 3:05-451
*Gracie Blount v. Merck & Co., Inc., et al.*, C.A. No. 3:05-673


MDL-1658 -- In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation

      Opposition of plaintiff State of Oregon, etc., to transfer of the following action to the United States District Court for the District of New Jersey:

    District of Oregon

*State of Oregon, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-1463

Schedule of Matters for Hearing Session, Section B  p. 25
Orlando, Florida

MDL-1663 -- In re Insurance Brokerage Antitrust Litigation

    Oppositions of plaintiff Bensley Construction, Inc., and defendants Liberty Mutual Group, Inc.; Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; Employers Insurance Company of Wausau; and St. James Insurance Company, Ltd., to transfer of the following action to the United States District Court for the District of New Jersey:

    District of Massachusetts

    *Bensley Construction, Inc. v. Marsh & McLennan Companies, Inc., et al.*,
        C.A. No. 1:05-11249

MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
        Litigation

    Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

    Middle District of Alabama

*Katie Thomas v. Pfizer, Inc., et al.*, C.A. No. 2:05-824
*Rosa M. Nelson v. Pfizer, Inc., et al.*, C.A. No. 2:05-832
*Ozzie Jackson v. Pfizer, Inc., et al.*, C.A. No. 2:05-841
*William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al.*, C.A. No. 2:05-941

    Western District of Kentucky

*Roger G. Ewing v. Pfizer, Inc.*, C.A. No. 3:05-598

    Eastern District of Louisiana

*Raymond Audler, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-2436

    Western District of Louisiana

*Gayle Swilley, et al. v. Pfizer, Inc.*, C.A. No. 1:05-761

Schedule of Matters for Hearing Session, Section B                    p. 26
Orlando, Florida

MDL-1699 (Continued)

### Eastern District of Missouri

*Vern Bowers v. Pfizer, Inc., et al.*, C.A. No. 4:05-1302
*Edward Vitt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1303
*Georgette Asbury v. Pharmacia Corp., et al.*, C.A. No. 4:05-1602
*Brenda Bryan v. Monsanto Co., et al.*, C.A. No. 4:05-1603
*Frances D. Bangs v. Pharmacia Corp., et al.*, C.A. No. 4:05-1604
*J.C. Bunch v. Pharmacia Corp., et al.*, C.A. No. 4:05-1605
*Kathy Dimick v. Pharmacia Corp., et al.*, C.A. No. 4:05-1606
*Marla Harper v. Monsanto Co., et al.*, C.A. No. 4:05-1607
*Beverly Mitchell v. Monsanto Co., et al.*, C.A. No. 4:05-1608
*Sonja Mooberry v. Monsanto Co., et al.*, C.A. No. 4:05-1609
*Helen Zdrakovich v. Pfizer, Inc., et al.*, C.A. No. 4:05-1610
*Jewell Allen v. Pfizer, Inc., et al.*, C.A. No. 4:05-1611
*John Beaber v. Pfizer, Inc., et al.*, C.A. No. 4:05-1612
*Leonard Berry v. Pfizer, Inc., et al.*, C.A. No. 4:05-1613
*Rogelio Caldera v. Pfizer, Inc., et al.*, C.A. No. 4:05-1614
*Sybil Ball v. Monsanto Co., et al.*, C.A. No. 4:05-1615
*Henry Cooper v. Pfizer, Inc., et al.*, C.A. No. 4:05-1617
*Eugene Clervi v. Pfizer, Inc., et al.*, C.A. No. 4:05-1619
*Alberta Cox v. Pfizer, Inc., et al.*, C.A. No. 4:05-1620
*Linda Douglas v. Pfizer, Inc., et al.*, C.A. No. 4:05-1621
*Robert Gordon v. Pfizer, Inc., et al.*, C.A. No. 4:05-1622
*Betty Jo Green v. Pfizer, Inc., et al.*, C.A. No. 4:05-1623
*Hazel Humphrey v. Pfizer, Inc., et al.*, C.A. No. 4:05-1624
*Rudean Hurt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1625
*Robert Kraemer v. Pfizer, Inc., et al.*, C.A. No. 4:05-1626
*Brenda Mahone v. Pfizer, Inc., et al.*, C.A. No. 4:05-1627
*Leonard Mask v. Pfizer, Inc., et al.*, C.A. No. 4:05-1628
*Dolores McNearney v. Pfizer, Inc., et al.*, C.A. No. 4:05-1629
*Daniel Moser v. Pfizer, Inc., et al.*, C.A. No. 4:05-1630
*Dolly Peterson v. Pfizer, Inc., et al.*, C.A. No. 4:05-1631
*Lilly Pierce v. Pfizer, Inc., et al.*, C.A. No. 4:05-1632
*Timothy Tarpley v. Pfizer, Inc., et al.*, C.A. No. 4:05-1633
*William Washington v. Pfizer, Inc., et al.*, C.A. No. 4:05-1634
*Helen Webb v. Pfizer, Inc., et al.*, C.A. No. 4:05-1635

Schedule of Matters for Hearing Session, Section B  p. 27
Orlando, Florida

MDL-1699 (Continued)

### Eastern District of Missouri (Continued)

*Raymond Winn v. Pfizer, Inc., et al.*, C.A. No. 4:05-1636
*Jack Backowski v. Monsanto Co., et al.*, C.A. No. 4:05-1637
*Sandy Jeffers v. Monsanto Co., et al.*, C.A. No. 4:05-1638
*Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al.*, C.A. No. 4:05-1639
*Patty Welch v. Pfizer, Inc., et al.*, C.A. No. 4:05-1640
*Teresa Whitledge v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1641
*Donna Alubur v. Monsanto Co., et al.*, C.A. No. 4:05-1642
*Sharlene Border v. Monsanto Co., et al.*, C.A. No. 4:05-1643
*Charles Bruun v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1644
*Tireta Johnson v. Monsanto Co., et al.*, C.A. No. 4:05-1645
*Tina McCoy v. Monsanto Co., et al.*, C.A. No. 4:05-1646
*Evelina Anderson, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1647
*Deborah Caywood, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1648
*Don Stobbe v. Monsanto Co., et al.*, C.A. No. 4:05-1649
*Stephanie Shearer v. Monsanto Co., et al.*, C.A. No. 4:05-1650
*John Cogle v. Monsanto Co., et al.*, C.A. No. 4:05-1651
*Thomas DeVault v. Monsanto Co., et al.*, C.A. No. 4:05-1652
*James Dougan v. Monsanto Co., et al.*, C.A. No. 4:05-1653
*Margaret Hamilton v. Monsanto Co., et al.*, C.A. No. 4:05-1654
*Wanda Newport v. Monsanto Co., et al.*, C.A. No. 4:05-1655
*Phyllis Taylor v. Monsanto Co., et al.*, C.A. No. 4:05-1656
*Thomas Nolan v. Monsanto Co., et al.*, C.A. No. 4:05-1657
*Barbara Singleton v. Monsanto Co., et al.*, C.A. No. 4:05-1658
*Judy McRoberts v. Pfizer, Inc., et al.*, C.A. No. 4:05-1659
*Carol Snowbarger v. Monsanto Co., et al.*, C.A. No. 4:05-1660
*William Stutz v. Monsanto Co., et al.*, C.A. No. 4:05-1661
*Margaret White v. Monsanto Co., et al.*, C.A. No. 4:05-1662
*Edward Wilt v. Monsanto Co., et al.*, C.A. No. 4:05-1663
*Ardella Heckman v. Monsanto Co., et al.*, C.A. No. 4:05-1664

Schedule of Matters for Hearing Session, Section B               p. 28
Orlando, Florida

MDL-1718 -- <u>In re Ford Motor Co. Speed Control Deactivation Switch Products Liability Litigation</u>

 Opposition of plaintiff Rick R. Williams to transfer of the following action to the United States District Court for the Eastern District of Michigan:

 <u>Southern District of Illinois</u>

 *Rick R. Williams v. Ford Motor Co., Inc., et al.*, C.A. No. 3:05-647

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

    (a)   Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

    (b)   Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

    (c)   No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
        (i)   the dispositive issue(s) have been authoritatively decided; or
        (ii)  the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

    (d)   In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

    (e)   Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

    (f)   Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

    (g)   Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided. Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.