UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**LANCE S. WILSON**
**CLERK OF COURT**

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

March 15, 2006

Peter T. Dalleo, Clerk of the Court
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

IN RE: MDL 1735    In RE: **WAL-MART WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION**

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the below referenced civil action(s) to this district under 28 U.S.C. Section 1407.

Please send us your **original file** along with a certified copy of your docket entries. When you send your file, please refer to our civil action number.

| TITLE OF CASE | Your Case Number | Our Case Number |
|---|---|---|
| **DISTRICT OF DELAWARE** | | |
| Dora Jackson v. Wal-Mart Stores, Inc., et al | 1:05-269 | 2:06-cv-0229-PMP-PAL |

Sincerely,

LANCE S. WILSON, Clerk
US DISTRICT COURT

By *Grace Walters*
Grace Walters, Deputy Clerk

Enclosure:

cc: Michael Beck, Clerk of the Panel
   (See attorney service list)