HASLER $4.88
MAR 15 2006
US POSTAGE
FIRST-CLASS
MAILED FROM 89101
011A041000588

RECEIVED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED MAIL™

7005 0390 0005 7333 5992

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. — RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

Peter T. Dalleo, Clerk of the Court
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801