OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 22, 2006

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

      RE: Wal-Mart Wage & Hour Employment Practices Litigation
          Civil Action No. 05-269 JJF

Dear Mr. Wilson:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

    (X) Certified copy of the docket sheet;
    (X) Original case file documents (D.I. 14);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

                                  Sincerely,

                                  Peter T. Dalleo, Clerk of Court

                                  By: _____
                                        Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on
_____.

_____
Signature