OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

2006 MAR 29 P 4: 08

March 22, 2006

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

    RE: Wal-Mart Wage & Hour Employment Practices Litigation
        Civil Action No. 05-269 JJF

Dear Mr. Wilson:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

    (X) Certified copy of the docket sheet;
    (X) Original case file documents (D.I. 14);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

                    Sincerely,

                    Peter T. Dalleo, Clerk of Court

                    By: _Anita Bolton_
                        Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on
_____.


_____
Signature

FILED
APR - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Anita Bolton

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801



HASLER
$00.39
MAR 30 2006
US POSTAGE
FIRST-CLASS
MAILED FROM 89101
011A04130D0566